1 **KAPETAN BROTHERS**
1236 "M" Street
2 Fresno, CA  93721-1806
Telephone:  (559) 498-0800
3

4 Marc N. Kapetan, #158322

5 Attorneys for:    ROBERT HERNANDEZ

6

7
**IN THE UNITED STATES DISTRICT COURT**
8
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:06CR00284-12 OWW |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING |
| ROBERT HERNANDEZ, | |
| Defendant. | |

16   IT IS HEREBY STIPULATED by and between Defendant, ROBERT HERNANDEZ,

by and through his Attorney of Record, MARC N. KAPETAN, and KEVIN ROONEY,

Assistant United States Attorney, that the Status Conference in this matter be continued as set

forth below:

**Current Date for Sentencing Hearing: - - - - - - - -  May 14, 2007, at 1:30 p.m.**

**Current Date to File Objections with Court: - - -  May 7, 2007**

**Requested Date for New Sentencing Hearing: - -  June 25, 2007, at 1:30 p.m.**

**Requested Date to File Objections with Court: -  June 11, 2007**

This continuance is requested by counsel for Defendant, MARC N. KAPETAN.

Furthermore, this continuance is requested to provide additional time for defense Counsel to

research and prepare Objections to the Presentence Investigation Report filed with the Court on

March 30, 2007, and to file any other relevant in regard to the Sentencing Hearing.

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Counsel for Defendant has spoken with Assistant U.S. Attorney, Kevin Rooney, who
2  concurs in the request for this continuance.
3  The parties agree that time shall be excluded, pursuant to 18 U.S.C. §3161 (h) (8) (B)
4  (iv).

6  DATED: May 7, 2007.                    KAPETAN BROTHERS

8                                         By: /s/ Marc N. Kapetan
9                                             Marc N. Kapetan,
                                               Attorney for Defendant, JOHN AIRHEART

12  DATED: May 7, 2007                   By: /s/ Kevin Rooney
                                              Kevin Rooney
13                                            Assistant U.S. Attorney

15  IT IS SO ORDERED.

18  DATED: 5/8/07                         /s/ Oliver W. Wanger
                                          OLIVER W. WANGER
19                                        Judge, U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com