| | |
|---|---|
| 1 | **KAPETAN BROTHERS** |
| 2 | 1236 "M" Street<br>Fresno, CA  93721-1806 |
| 3 | Telephone:  (559) 498-0800 |
| 4 | Marc N. Kapetan, #158322 |
| 5 | Attorneys for: Robert Hernandez |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  1:06CR00284-12 OWW |
| Plaintiffs, | **APPLICATION FOR ORDER EXONERATING PROPERTY BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |
| v. | |
| ROBERT HERNANDEZ | |
| Defendant. | |

TO THE HONRABLE JUDGE OF THE ABOVE-ENTITLED COURT, THE UNITED STATES ATTORNEY'S OFFICE AND/OR ITS REPRESENTATIVE AND TO ALL COUNSEL FOR CO-DEFENDANT'S HEREIN:

DEFENDANT, ROBERT HERNANDEZ, through his attorney, Marc N. Kapetan, hereby moves this Honorable court for an order exonerating the property bond and for reconveyance of the real property in the above-entitled case.

On October 6, 2006, this Court ordered Defendant released from custody under condition of pre-trial services supervision and a $50,000.00 real property bond.  A real property bond and promissory note were delivered to the Court, on December 7, 2006.

PDF created with pdfFactory trial version www.pdffactory.com

1  Accordingly, on September 13, 2007, Defendant surrendered himself to the custody of
2  the United States Marshall, in full compliance with the Court's Order.  Defendant is currently
3  incarcerated at Taft.

4  As a result of said Judgment and Sentence, Defendant respectfully requests that this
5  Court exonerate the bond previously set by this Court and reconvey title to the real property
6  securing said bond.

7  Assistant U.S. Attorney, Kevin P. Rooney, does not oppose this Motion.

Dated: September 13, 2007                    Respectfully submitted

                                             KAPETAN BROTHERS


                                             /s/ Marc N. Kapetan
                                             Marc N. Kapetan
                                             Attorneys for Defendant,
                                             Robert Hernandez


## ORDER

IT IS HEREBY ORDERED that the property bond, be exonerated.


DATED September 18, 2007                    /s/ Oliver W. Wanger
                                            OLIVER W. WANGER
                                            Judge, U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com